COURT OF APPEALS, JUNE TERM, 1820.

M'LAUGHLIN *vs.* LONG.

APPEAL from *Baltimore* county court. The appellant, (the plaintiff in the court below,) brought an action of trespass on the case against the appellee, to recover damages for an injury sustained by the plaintiff from a tortious act of the defendant, in committing *waste* upon premises of which the plaintiff was a lessee for years. A verdict was found for the plaintiff, subject to the opinion of the court, upon the following case, viz. The plaintiff had rented, for

*An action on the case, in nature of waste, can only be brought by a reversioner or remainder man in fee simple, fee tail, for life, or for years.*

one year only, the room mentioned in the declaration, wherein the waste was alleged to have been committed, and held the same as tenant only for one year, and rented it to the defendant for two years. The contract of renting to the defendant was in writing, and delivered to him at the time it was made. That said room was part of a tenement which the plaintiff had rented for one year, and held as tenant for that time; and at the period of renting it to the defendant, the plaintiff took upon himself the chance of renting the same from the owner of the freehold estate to which it belonged, for a second year. That the defendant occupied the room for nine months, and during that time the injury complained of in the declaration was done. The court below gave judgment for the defendant, and the plaintiff appealed to this court.

The cause was argued before BUCHANAN, EARLE and JOHNSON, J.

*Raymond*, for the appellant, cited *Com. Dig.* tit. *Action on the Case*, (A.) *White vs. Wagner*, in this court, June term 1818. *Poultney vs. Holmes*, 1 *Strange*, 405. *Caghill vs. Freelove*, 3 *Mod.* 325. *Walker's* case, 3 *Co.* 24. 1 *Saund.* 241. *West vs. Freude*, *Cro. Car.* 187. *Winn vs. White*, 2 *Blk. Rep.* 840. *Green vs. Cole*, 3 *Saund.* 252. 1 *Bac. Ab.* 72; & 2 *Campb.* 11.

*R. Johnson*, for the appellee, referred to *Bac. Ab.* tit. *Waste*, (G.) 263. 1 *Chit. Plead.* 142. *Goodright vs. Peters*, 8 *East.* 190. 2 *Chit. Pl.* 344, (n. 2.) 2 *Saund.* 252; (n. 7.) 3 *Saund.* 252. 2 *Bla. Rep.* 1111. 1 *Taunt.* 183. 4 *Taunt.* 764. 1 *Saund.* 323. b. (n. 7.) *Bac. Ab.* tit. *Waste*, (J.) 271, 273. 2 *Blk. Com.* 178.

BUCHANAN, J. delivered the opinion of the court.

This is an appeal from the judgment of *Baltimore* county court on a case stated, in an action on the case, in nature of waste. [He here stated the evidence.] It is well settled that an action on the case, in nature of waste, may be brought, as well by him in remainder, for life or years, as in fee or in tail. But it has never been held to lie for one who has no interest either in remainder or reversion—the recovery being as for an injury done to the reversion. On no other ground can the action be maintained.

In this case it cannot be pretended that the plaintiff had any estate, either in reversion or remainder. He was himself but a tenant for one year, which was disclosed to the defendant at the time the room was rented, to whom he transferred all the interest he had in the premises, and nothing remained in him to be injured.

It is too plain a case to dwell upon.

JUDGMENT AFFIRMED.